RECEIVED
IN MONROE, LA
NOV 13 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MORRIS C. LARD<br>La. DOC #095296 | CIVIL ACTION NO. 08-1012 |
| VS. | SECTION P<br>JUDGE JAMES |
| STEVE HOYLE REHABILITATION<br>CENTER, ET AL. | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED** that plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief might be granted in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B).

THUS DONE AND SIGNED, in chambers, in Monroe, Louisiana, on this 13 day of November, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE